NVB 4002 (Rev. 7/16)

| | |
|---|---|
| 1 | NVB 4002 Rev (7/16) |
| | RODNEY E. SUMPTER, ESQ. |
| | 139 VASSAR STREET |
| | RENO, NV  89502  775-323-4934  rodneysumpternvlaw@gmail.com |

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: RSM MEDICAL, INC.    )    BK- 21-12032
                                          )
                                          )    Chapter: 7
                                          )
                                          )    Trustee:
              Debtor.            )
                                          )    **CHANGE OF ADDRESS OF:**
                                          )    **(✓) DEBTOR**
                                          )    **( ) CREDITOR**
                                          )    **( ) OTHER**
                                          )

I request that notice be sent to the following address: (please print)

    RSM MEDICAL, INC.
Name
    c/o Ryan Trujillo
Address
    412 Coco Beach Blvd A201

    Rio Grande        PR          00745
City              State            Zip Code

Please check the applicable boxes:

☑  The change of address is applicable only in the above captioned case.

☐  The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

☐  Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address.  Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices.)

1
2          Debtor's DeBN account number _____
3          Joint Debtor's DeBN account number _____
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21   DATE: 4/22/21 _____                    Rodney E. Sumpter   Digitally signed by Rodney E. Sumpter
                                                                         Date: 2021.04.22 12:58:30 -07'00'
                                                     SIGNATURE
22
23   **NOTE**: Please submit an original and one copy for the record.
24
25
26

2