HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Estes Law, P.C.
605 Forest Street
Reno, Nevada  89509
Telephone (775) 321-1333
Facsimile (775) 321-1314
*Email: hestes@esteslawpc.com*
Counsel for New England Med Solutions, LLC

*ELECTRONICALLY FILED*
*August 20, 2021*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA
—ooOoo—

In Re:

RSM MEDICAL, INC.

        Debtor.
_____/

Case No. 21-12032-MKN
Chapter 7

**CERTIFICATE OF SERVICE**

I served the following documents: **MOTION FOR ORDER REQUIRING TRUSTEE TO ABANDON ALTER EGO CLAIMS [DE 8]; and NOTICE OF HEARING ON NEW ENGLAND MED SOLUTIONS, LLC'S MOTION FOR ORDER REQUIRING TRUSTEE TO ABANDON ALTER EGO CLAIMS [DE 10].**  I served the above-named document by the following means to the persons as listed below:

   X    **ECF System** to those persons listed on the attached Notices of Electronic Filing, attached hereto as **Exhibit A**, on August 20, 2021.

   X    **United States mail, postage fully prepaid** to those persons listed on the attached mailing matrix, attached hereto as **Exhibit B,** on August 20, 2021.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on this 20th day of August, 2021.

Holly E. Estes                                */s/Holly E. Estes*
Name                                                        Signature

# Exhibit "A"



Holly Estes <hesteslaw@gmail.com>

## 21-12032-mkn Motion to Abandon
1 message

**USBC_NEVADA@nvb.uscourts.gov** <USBC_NEVADA@nvb.uscourts.gov>   Fri, Aug 20, 2021 at 3:59 PM
To: Courtmail@nvb.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from HOLLY E ESTES entered on 8/20/2021 at 3:59 PM PDT and filed on 8/20/2021
**Case Name:**      RSM MEDICAL, INC.
**Case Number:**    21-12032-mkn
**Document Number:** 8

**Docket Text:**
Motion to Abandon Real/Personal Property. Fee Amount $188. Filed by HOLLY E ESTES on behalf of New England Med Solutions, LLC (ESTES, HOLLY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Mot Abandon 082021.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/20/2021] [FileNumber=33933887-0
] [22ee53cdf3ecbdae6535b2e37ee9ef088313e34121bdc82d75501601417363f9638
155518892a601b8d73ea176ebe5ccb5eb115805a6a64d9311fe04581521a9]]

**21-12032-mkn Notice will be electronically mailed to:**

HOLLY E ESTES on behalf of Creditor New England Med Solutions, LLC
hestes@esteslawpc.com

BRIAN D. SHAPIRO
brian@trusteeshapiro.com, nv22@ecfcbis.com;kristin@trusteeshapiro.com;connie@brianshapirolaw.com

RODNEY E SUMPTER on behalf of Debtor RSM MEDICAL, INC.
resrnolaw@aol.com, mellisa.reslaw@gmail.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

**21-12032-mkn Notice will not be electronically mailed to:**



Holly Estes <hesteslaw@gmail.com>

## 21-12032-mkn Notice of Hearing
1 message

USBC_NEVADA@nvb.uscourts.gov <USBC_NEVADA@nvb.uscourts.gov>   Fri, Aug 20, 2021 at 4:19 PM
To: Courtmail@nvb.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from HOLLY E ESTES entered on 8/20/2021 at 4:19 PM PDT and filed on 8/20/2021
**Case Name:**         RSM MEDICAL, INC.
**Case Number:**       21-12032-mkn
**Document Number:** 10

**Docket Text:**
Notice of Hearing Hearing Date: 10/06/2021 Hearing Time: 2:30 p.m. Filed by HOLLY E ESTES on behalf of New England Med Solutions, LLC (Related document(s)[8] Motion to Abandon filed by Creditor New England Med Solutions, LLC) (ESTES, HOLLY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NOH Mot Abandon file 082021.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/20/2021] [FileNumber=33933925-0
] [261f3ab3c9f5f47880bda0e1b972f77c999954212b1789703bd5c4b976cf14925e2
17813c077569adde868c267bb393860fadd6c80801ce5c9ce4ecd6252a527]]

**21-12032-mkn Notice will be electronically mailed to:**

HOLLY E ESTES on behalf of Creditor New England Med Solutions, LLC
hestes@esteslawpc.com

BRIAN D. SHAPIRO
brian@trusteeshapiro.com, nv22@ecfcbis.com;kristin@trusteeshapiro.com;connie@brianshapirolaw.com

RODNEY E SUMPTER on behalf of Debtor RSM MEDICAL, INC.
resrnolaw@aol.com, mellisa.reslaw@gmail.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

**21-12032-mkn Notice will not be electronically mailed to:**

# Exhibit "B"

```
Label Matrix for local noticing        New England Med Solutions, LLC       RSM MEDICAL, INC.
0978-2                                 ESTES LAW, P.C.                      C/O RYAN TRUJILLO
Case 21-12032-mkn                      605 FOREST ST                        412 COCO BEACH BLVD A201
District of Nevada                     RENO, NV 89509-1702                  RIO GRANDE, PR 00745-4032
Las Vegas
Fri Aug 20 16:54:40 PDT 2021

United States Bankruptcy Court         Gunderson Law Firm                   Internal Revenue Service
300 Las Vegas Blvd., South             3895 Warren Way                      Acct No Debtors EIN
Las Vegas, NV 89101-5833               Reno, NV 89509-5243                  Centralized Insolvency Operations
                                                                            POB 7346
                                                                            Philadelphia, PA 19101-7346


New England Med Solutions, LLC         State Of Nevada                      U.S. TRUSTEE - LV - 7
c/o Gunderson Law Firm                 Dept. Of Trainig And Rehab           300 LAS VEGAS BOULEVARD, SO.
3895 Warren Way                        500 East Thrid Street                SUITE 4300
Reno, NV 89509-5243                    Carson City, NV 89713-0001           LAS VEGAS, NV 89101-5803



BRIAN D. SHAPIRO                       RODNEY E SUMPTER                     End of Label Matrix
510 S. 8TH STREET                      139 VASSAR ST                        Mailable recipients    10
LAS VEGAS, NV 89101-7003               RENO, NV 89502-2814                  Bypassed recipients     0
                                                                            Total                  10
```