HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Estes Law, P.C.
605 Forest Street
Reno, Nevada 89509
Telephone (775) 321-1333
Facsimile (775) 321-1314
***Email: hestes@esteslawpc.com***

*ELECTRONICALLY FILED*
*October 20, 2021*

Counsel for New England Med Solutions, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>RSM MEDICAL, INC.<br><br>Debtor.<br>_____/ | Case No. 21-12032-MKN<br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER GRANTING NEW ENGLAND MED SOLUTIONS, LLC'S MOTION FOR ORDER REQUIRING TRUSTEE TO ABANDON ALTER EGO CLAIMS** |

PLEASE TAKE NOTICE that the above-entitled Court entered an Order Granting Motion for Order Requiring Trustee to Abandon Alter Ego Claims [DE 13] (the "Order") on the 8th day of October, 2021. A copy of the Order is attached hereto and made a part hereof.

**DATED** this 10th day of October, 2021.

ESTES LAW, P.C.

By: */s/ Holly E. Estes*
HOLLY E. ESTES, ESQ.
Attorney for New England Med Solutions, LLC

## **CERTIFICATE OF SERVICE**

I, Holly E. Estes, Esq., hereby certify that on the 10th day of October, 2021, the foregoing document was served on all parties consenting to electronic service in this case via the Court's CM/ECF system of the Bankruptcy Court.

*/s/ Holly E. Estes*

_____

HOLLY E. ESTES

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 08, 2021

HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Estes Law, P.C.
605 Forest Street
Reno, Nevada 89509
Telephone (775) 321-1333
Facsimile (775) 321-1314
*Email: hestes@esteslawpc.com*
Counsel for New England Med Solutions, LLC

*ELECTRONICALLY LODGED*
*October 7, 2021*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. 21-12032-MKN<br>Chapter 7 |
| RSM MEDICAL, INC. | **ORDER GRANTING MOTION FOR ORDER REQUIRING TRUSTEE TO ABANDON ALTER EGO CLAIMS** |
| Debtor. | Hearing Date: October 6, 2021<br>Hearing Time: 2:30 p.m. |
| _____ / | |

New England Med Solutions, LLC's ("New England Med") Motion for Order Requiring the Trustee to Abandon Alter Ego Claims [DE 8] came before the Court for hearing on October 6, 2021. An appearance was made by Holly E. Estes, Esq., counsel for New England Med. The Court having considered the Motion and the arguments of counsel, no opposition having been filed, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted.

**IT IS SO ORDERED.**

ESTES LAW, P.C.
605 Forest Street
Reno, Nevada 89509
(775) 321-1333

F:\New England Medical Solutions\Ord Mot Abandon 100721.wpd

1 | Respectfully submitted by:

2 | ESTES LAW, P.C.

3

4 | By:  */s/ Holly E. Estes*
HOLLY E. ESTES, ESQ.

5 | Attorney for New England Med Solutions, LLC

6

7 | **CERTIFICATION RE: RULE 9021**

8 | In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

9

10 | ___ The court has waived the requirement set forth in LR 9021(b)(1).

11 | _X_ No party appeared at the hearing or filed an objection to the motion.

12 | ___ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or

13 | failed to respond to the document]:

14 | ___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the

15 | form or content of the order.

16 | ###

17

18

19

20

21

22

23

24

25

26

27

28

**ESTES LAW, P.C.**
**605 Forest Street**
**Reno, Nevada  89509**
**(775) 321-1333**

F:\New England Medical Solutions\Ord Mot Abandon 100721.wpd     - 2 -